UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MORGAN,                    ) | **NEW CASE NO.   1:08-cv-01275 GSA** |
|                                   ) | |
| Plaintiff                  ) | ORDER ASSIGNING CASE |
|                                   ) | RE PRESIDING JUDGE |
| vs                        ) | |
|                                   ) | Old Case No.  1:08-cv-01275 LJO GSA |
| COMMISSIONER OF SOCIAL            ) | |
| SECURITY,                         ) | |
|                                   ) | |
| Defendant                  ) | |
| _____) | |

IT IS HEREBY ORDERED that the above-entitled action be assigned  to the docket of Judge

GARY S. AUSTIN as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on

September 5, 2008 and Defendants filed their consent on September 24, 2008 under Title 28, U.S.C. Sec.

636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including

trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:08-cv-01275-GSA

IT IS SO ORDERED.

**Dated:    September 25, 2008**          _____
                                                       **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE