Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_rohlfing_office@speakeasy.net

Attorneys for Plaintiff
CONNIE MORGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MORGAN, | ) Case No.: 1:08-CV-01275 GSA |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) EXTEND BRIEFING SCHEDULE |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| | ) |
| of Social Security, | ) |
| | ) |
| Defendant | ) |
| _____ | ) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Connie Morgan  ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 13, 2009; and that Defendant shall have an extension of time until May 18, 2009, to file his opposition, if any is forthcoming.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 10, 2009  Respectfully submitted,

         LAW OFFICES OF LAWRENCE D. ROHLFING

          /s/ Steven G. Rosales

    BY: _____
     Steven G. Rosales
     Attorney for plaintiff CONNIE MORGAN

DATE: March 11, 2009.  McGREGOR W. SCOTT
        Chief, Civil Division

    BY: _/s/-Leo Montenegro_ by Steven G. Rosales*
     Leo Montenegro
     Special Assistant United States Attorney
     Attorneys for Defendant
     [*By email authorization]

1

**ORDER**

2

3      IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

4   and including April 13, 2009, in which to file Plaintiff's Opening Brief; Defendant

5   may have an extension of time to May 18, 2009 to consider the contentions raised

6   in Plaintiff's Opening Brief, and file any opposition if necessary.

7

8      IT IS SO ORDERED.

9
DATE:   March 13, 2009            /s/ Gary S. Austin
10      _____   **The Honorable Gary S. Austin**
                                       **United States Magistrate Judge**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26