1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE MORGAN, | Case No. 1:08-cv-01275-GSA |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to appellant's opening brief. The undersigned attorney for the Commissioner will be away for two conferences in the next week and is also now responsible for training the newly hired attorneys in his office. The current due date is May 16, 2009. The new due date will be June 15, 2009.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | | |
|---|---|---|
| DATE: 5/8/09 | | /s/ Steven G. Rosales (as authorized by e-mail May 8, 2009) |
| | | STEVEN G. ROSALES |
| | | Attorney at Law |
| | | Attorney for Plaintiff |
| DATE: 5/8/09 | | LAWRENCE G. BROWN |
| | | Acting United States Attorney |
| | | LUCILLE GONZALES MEIS |
| | | Regional Chief Counsel, Region IX |
| | By: | /s/ Leo R. Montenegro |
| | | LEO R. MONTENEGRO |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated: **May 11, 2009**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE